# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2017

154434 & (75)(77)(81)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Plaintiff,

v

MICHIGAN MUNICIPAL RISK
MANAGEMENT AUTHORITY,
        Defendant-Appellant/
        Cross-Appellee,

and

QBE INSURANCE CORPORATION,
        Defendant/Third-Party
        Plaintiff-Appellee/Cross-Appellant,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Third-Party-Defendant,

and

SECRETARY OF STATE, WHITNEY GRAY,
MARTIN BONGERS and WILLIAM JOHNSON,
        Third-Party-Defendants.
_____/

SC: 154434
COA: 319710
Kalamazoo CC:
2012-000202-CK

On order of the Court, the motion to consolidate is DENIED. The application for leave to appeal the August 30, 2016 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered. It appearing to this Court that the case of *Bazzi v Sentinel Insurance Company* (Docket No. 154442) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present applications for leave to appeal, we ORDER that the applications be held in ABEYANCE pending the decision in that case.

The motion to strike remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2017



a0510

Clerk